**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

_____
_Plaintiff_

v.

_____
_Defendant(s)_

Case
Number: _____

## Notice Regarding Magistrate Judge Jurisdiction
## and Consent/Non-Consent Form

Each party to the above-captioned civil matter <u>shall</u> select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

<u>**Check One:**</u>

☐   The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐   The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| _Printed Name of Party_ | _Signature of Party or Attorney_ | _Date_ |
| --- | --- | --- |
| | | |
| | | |
| | | |

Submitted By: _____   Dated: _____

   Note:  **Corporations may execute this election only by counsel.**