UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLEN GARLAND, individually,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 3:20-cv-00269-RJD |

## NOTICE OF APPEARANCE

Comes now attorney Richard M. Elias of the law firm Elias LLC and enters his appearance on behalf of Plaintiff Allen Garland in this matter.

Dated:  March 17, 2020                                  Respectfully submitted,


                                   **ELIAS LLC**

*/s/ Richard Elias*
Richard M. Elias, IL Bar No. 6279078
relias@eliasllc.com
231 S. Bemiston Ave, Suite 800
St. Louis, MO 63105
(314) 391-6820 telephone

**ONDERLAW, LLC**

James G. Onder, #06200444
Lawana S. Wichmann, #06282208
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
onder@onderlaw.com
wichmann@onderlaw.com
(314) 963-9000 telephone
(314) 963-1700 facsimile

*Attorneys for Plaintiff/Relator*