UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLEN GARLAND,<br><br>                 Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                 Defendant. | CASE NO.  20-cv-00269 |

**ENTRY OF APPEARANCE**

    COMES NOW James G. Onder of Onder Law, LLC and enters his appearance on behalf of Plaintiff Allen Garland in the above captioned matter.

**DATED: MARCH 26, 2020**　　　　　　　　**ONDERLAW, LLC**

                                              By:   */s/ James G. Onder*
                                                         James G. Onder, #0620044
                                                        110 E. Lockwood, 2nd Floor
                                                        St. Louis, MO 63119
                                                       onder@onderlaw.com
                                                       wichmann@onderlaw.com
                                                       (314) 963-9000 telephone
                                                      (314) 963-1700 facsimile