IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLEN GARLAND,<br><br>    Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendants. | Case No. 20-cv-00269-JPG |

### MOTION TO EXTEND TIME TO SUBMIT JOINT REPORT OF PARTIES AND PROPOSED SCHEDULING AND DISCOVERY ORDER

Plaintiff hereby request an extension to submit the required Joint Report of Parties and Proposed Scheduling and Discovery Order until 14 days after Defendant has appeared in this case. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed this action against Defendants on March 12, 2020. Plaintiff served Defendant's registered agent in New Jersey with a copy of the summons and complaint on May 8, 2020.[1] Defendant's deadline to answer or respond to the complaint is May 29, 2020. Defendant has not yet appeared in this action.

2. On April 21, 2020, the Court issued its Uniform Trial Practices and Procedures, which apply to all cases assigned to the Honorable J. Phil Gilbert. *See* Doc. No. 10. That document ordered that the parties submit a Joint Report of Parties and Proposed Scheduling and Discovery Orders within 21 days, which deadline falls on May 12, 2020.

3. Because Defendant has not yet appeared in this case, Plaintiff and Defendant have not had an opportunity to meet and confer and agree to the required joint report.

---

[1] Plaintiff has not yet received the return of service. Once received, Plaintiff will promptly file it.

1

4.       Plaintiff therefore requests that the deadline to submit the required joint report be extended until 14 days after Defendant enters its appearance in this case, or such other time as the Court deems reasonable.

WHEREFORE, Plaintiff respectfully requests that the Court issue an order extending the time for the parties to issue a Joint Report of Parties and Proposed Scheduling and Discovery Order until 14 days after Defendant enters its appearance or such other time as the Court deems reasonable, and for any other relief the Court deems appropriate.

Dated: May 12, 2020

Respectfully submitted:

ELIAS LLC

*/s/ Richard M. Elias*
Richard M. Elias, IL Bar No. 6279078
231 S. Bemiston, Suite 800
St. Louis, MO 63105
P: 314-391-6820
relias@eliasllc.com

ONDER LAW, LLC

*/s/ James G. Onder*
James G. Onder, IL Bar No. 06200444
Lawana S. Wichman, IL. Bar No. 06282208
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
P: 314-963-9000
onder@onderlaw.com
wichman@onderlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 12, 2020 a copy of the foregoing was served to Defendant's registered agent by first class mail, as follows:

Corporation Service Company, R.A.
Novartis Pharmaceuticals Corporation
Princeton South Corporate Center, Suite 160
100 Charles Ewing Blvd.
Ewing, NJ 08638

*/s/ Richard M. Elias*
Richard M. Elias