IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLEN GARLAND<br><br>    Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendant. | CASE No.  3:20-cv-00269-JPG<br><br>**JURY TRIAL DEMANDED** |

**NOVARTIS PHARMACEUTICALS CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant Novartis Pharmaceuticals Corporation ("NPC") hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

    1.    Parent Companies:

    (a)    Novartis Finance Corporation, a New York corporation;

    (b)    Novartis Corporation, a New York corporation;

    (c)    Novartis Holding, AG, a Swiss company; and

    (d)    Novartis AG, a Swiss company, whose shares are publicly traded on the SIX Swiss Exchange, and whose American Depository Shares are publicly traded on the New York Stock Exchange.

    2.    Publicly held companies owning more than 10% of NPC stock:

    (a)    Novartis AG indirectly owns a 100% interest in NPC.

Dated: May 29, 2020                    Respectfully submitted,

                                                By: /s/ Charles J. Swartwout

Charles J. Swartwout, # 06190655
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223-0560
(618) 277-9000
Fax: (618) 277-4594
cswartwout@boylebrasher.com

Of Counsel:

Robert E. Johnston, Esq. (*Pro Hac Vice application forthcoming*)
Donald R. McMinn, Esq. (*Pro Hac Vice application forthcoming*)
Andrew L. Reissaus, Esq. (*Pro Hac Vice application forthcoming*)
Hollingsworth LLP
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800

*Attorney for Defendant Novartis Pharmaceuticals Corporation*

2

## **CERTIFICATE OF SERVICE**

I certify that on this 29th day of May 2020, I electronically filed the foregoing document to the Clerk of the District Court using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record.

>Richard M. Elias, IL Bar No. 6279078
>231 S. Bemiston Ave, Suite 800
>St. Louis, MO 63105
>relias@eliasllc.com
>(314) 391-6820 telephone
>
>James G. Onder, #06200444
>Lawana S. Wichmann, #06282208
>110 E. Lockwood, 2nd Floor
>St. Louis, MO 63119
>onder@onderlaw.com
>wichmann@onderlaw.com
>(314) 963-9000 telephone
>(314) 963-1700 facsimile
>
>*Attorney for Plaintiff*

/s/ Charles J. Swartwout