**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALLEN GARLAND, <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | No. 3:20-cv-00269-JPG <br><br> **JURY TRIAL DEMANDED** |

**NOTICE REGARDING CASE TRACK DESIGNATION**

Defendant Novartis Pharmaceuticals Corporation ("NPC") files this notice seeking clarification regarding the track designation for this case.

On March 12, 2020, plaintiff filed this product liability action against NPC for injuries allegedly caused by Tasigna® – a cancer medication that is FDA-approved to treat patients with Philadelphia chromosome positive chronic myeloid leukemia. *See* Compl. (ECF No. 1). On May 21, 2020, the Clerk designated this case for "CJRA TRACK B." *See* Uniform Trial Practices and Procedures (ECF No. 10).

Local Rule 16.1(a) expressly identifies product liability cases for Track C designation. *See* SDIL-LR 16.1(a) (listing examples of Track "C" cases as "multi-party or complex issue cases *including products liability*, malpractice, antitrust, and patent cases") (emphasis added).

The case schedule that NPC expects to propose in the Joint Report of the Parties and Proposed Scheduling and Discovery Order, which is due on June 3, 2020, is impacted by the track designation. NPC is willing to file a memorandum in support of this Notice if the Court deems necessary.

NPC respectfully requests that the Court provide clarification regarding the track designation for this case.

Dated: May 29, 2020

Respectfully submitted,

By: /s/ Charles J. Swartwout
Charles J. Swartwout, # 06190655
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223-0560
(618) 277-9000
Fax: (618) 277-4594
cswartwout@boylebrasher.com

Of Counsel:

Robert E. Johnston, Esq. (*Pro Hac Vice application forthcoming*)
Donald R. McMinn, Esq. (*Pro Hac Vice application forthcoming*)
Andrew L. Reissaus, Esq. (*Pro Hac Vice application forthcoming*)
Hollingsworth LLP
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800

*Attorney for Defendant Novartis Pharmaceuticals Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on this 29th day of May 2020, I electronically filed the foregoing Notice Regarding Case Track Designation with the Clerk of the Court by using the CM/ECF system:

Richard M. Elias, IL Bar No. 6279078
231 S. Bemiston Ave, Suite 800
St. Louis, MO 63105
relias@eliasllc.com
(314) 391-6820 telephone

James G. Onder, #06200444
Lawana S. Wichmann, #06282208
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
onder@onderlaw.com
wichmann@onderlaw.com
(314) 963-9000 telephone
(314) 963-1700 facsimile

*Attorney for Plaintiff*

/s/ Charles J. Swartwout