# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLEN GARLAND,<br><br>  Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>  Defendant. | Case No.: 3:20-cv-0269-JPG<br><br>CJRA TRACK: C<br><br>JURY TRIAL: December 13, 2021<br><br>JUDGE: J. Phil Gilbert |

## AMENDED JOINT REPORT OF PARTIES AND PROPOSED SCHEDULING AND DISCOVERY ORDER

Following filing of a joint motion for modification of amended scheduling order and based on review of the Court's docket indicating availability for trial during the March term of 2022:

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Expert witnesses shall be disclosed along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

   Plaintiff's expert(s): **August 6, 2021**
   Defendant's expert(s): **October 6, 2021**

2. Depositions of expert witnesses must be taken by:

   Plaintiff's expert(s): **September 6, 2021**
   Defendant's expert(s): **November 5, 2021**

3. **Discovery** shall be completed by **November 5, 2021**. Any written interrogatories or requests for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

4. All dispositive motions shall be filed by **November 23, 2021**. Dispositive motions filed after this date will not be considered by the Court.

5. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot then be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

Dated: April 30, 2021

Respectfully submitted,

/s/ *Richard M. Elias*
Richard M. Elias
Todd Friedman
ELIAS LLC
231 S. Bemiston Ave, Suite 800
St. Louis, MO 631222
Telephone: (314) 391-6820
relias@eliasllc.com
tfriedman@eliasllc.com

James G. Onder #06200444
ONDERLAW LLC
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
Telephone: (314) 963-9000
onder@onderlaw.com
wichmann@onderlaw.com

*Attorneys for Plaintiff*

/s/ Charles J. Swartwout
Charles J. Swartwout # 06190665
BOYLE BRASHER LLC – BELLEVILLE
5000 West Main St.
Post Office Box 23560
Belleville, IL 62223-0560
Telephone: (618) 277-9000
cswartwout@boylebrasher.com

Grant W. Hollingsworth, Esq. (admitted *Pro Hac Vice*)
Robert E. Johnston, Esq. (admitted *Pro Hac Vice*)
Andrew L. Reissaus, Esq. (admitted *Pro Hac Vice*)
Hollingsworth$_{LLP}$
1350 I Street Northwest
Washington, District of Columbia 20005
Telephone: (202) 898-5800
ghollingsworth@hollingsworthllp.com
rjohnston@hollingsworthllp.com
areissaus@hollingsworthllp.com

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, the foregoing document was served upon counsel of record via the Court's CM/ECF system.

/s/Richard M. Elias
Richard M. Elias
